The stipulated dismissal as to all claims between parties are hereby dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

It is so ordered.
s/James G. Carr
Sr. U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KRISTIN BONDIE, | ) Case No. 3:23-cv-00119 |
| | ) |
| Plaintiff, | ) The Honorable James G. Carr |
| | ) |
| v. | ) **STIPULATED DISMISSAL ENTRY** |
| | ) |
| DFA DAIRY BRANDS ICE CREAM, LLC | ) |
| D/B/A DAIRY FARMERS OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Kristin Bondie and Defendant DFA Dairy Brands Ice Cream, LLC d/b/a Dairy Farmers of America hereby state that all claims between them are hereby dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Taurean J. Shattuck (per email consent)*
Taurean J. Shattuck (0097364)
Spitz, The Employee's Law Firm
25825 Science Park Drive, Suite 200
Beachwood, Ohio 44122
216-291-2744
216-291-5744 (FAX)
Email: Taurean.Shattuck@spitzlawfirm.com

*Attorney for Plaintiff Kristin Bondie*

*/s/ Ellen Toth*
Ellen Toth (0056176)
Andrea V. Arnold (0099455)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
216-241-6100
216-357-4733 (FAX)
Email:  ellen.toth@ogletree.com
          andrea.arnold@ogletree.com

*Attorneys for Defendant DFA Dairy Brands Ice Cream, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Ellen Toth*
                                          Ellen Toth (0056176)

                                          *One of the Attorneys for Defendant DFA Dairy Brands Ice Cream, LLC*

59582888.v1-OGLETREE